UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ERNEST STANDLEY, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:14-CV-2057 |
| | § | |
| NABORS INDUSTRIES, INC., *et al*, | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

Pending before this Court is the parties' Joint Motion for Approval of Settlement and Entry of Final Judgment Dismissing Lawsuit with prejudice (Dkt. No. 17). Having considered the parties' Motion, and having found that the parties' Settlement is fair and equitable, the Court determines that the parties Motion should be GRANTED in all respects. Therefore, the Court

ORDERS that the parties' Settlement is approved and that this action is dismissed with prejudice.

It is so **ORDERED.**

SIGNED on this 29th day of May, 2015.

_____
Kenneth M. Hoyt
United States District Judge

1 / 1